## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THE VINCENT J. FUMO IRREVOCABLE CHILDREN'S TRUST AGREEMENT FOR THE BENEFIT OF ALLISON FUMO | : No. 32 EAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| PETITION OF: VINCENT J. FUMO | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.